1  GEORGE G. WEICKHARDT (SBN 58586)
   DEVIN C. COURTEAU (SBN 197505)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:  (415) 543-4800
4  Facsimile:  (415) 972-6301
   Email:      gweickhardt@rmkb.com
5
   Attorneys for Defendant
6  CHASE BANK USA, N.A.

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 GRACIA P. LAPID,                    CASE NO.  CV 08 2565 EMC

11           Plaintiff,                **PROOF OF SERVICE**

12 v.

13 CHASE BANK USA, N.A.; VALENTINE
   & KEBARTAS, INC.; 1 THROUGH 10,
14
             Defendants.
15

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

RC1/5125688.1/WK1

| | |
|---|---|
| CASE NAME: | *Lapid v. Chase Bank USA, N.A., et al.* |
| ACTION NO.: | CV 08 2565 EMC |

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On May 23, 2008, I served the following documents:

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATE MAGISTRATE JUDGE FOR TRIAL**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| *Attorneys for plaintiff*<br>Irving L. Berg<br>The Berg Law Group<br>145 Town Center, PMB 493<br>Corte Madera, CA 94925<br>Tel: (415) 924-0742<br>Fax: (415) 891-8208<br>E-mail: irvberg@comcast.net | *Defendant Valentine & Kebartas, Inc.*<br>c/o Scott Sweeney<br>Senior Vice President of Operations<br>Valentine & Kebartas, Inc.<br>15 Union Street<br>Lawrence, Massachusetts 01840<br>Tel: (800) 731-7766<br>Email: Sweeney@v-k-i.net |

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 23, 2008    /s/ Wendy Krog