U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Gracia P. Lapid v. Chase Bank USA, N.A., et al.**
U. S. District Court Case No.: 3:08 - CV - 02565 WHA

## PROOF OF MAILING

I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA 94925. On the date set forth below, I served the:

**Plaintiff'S Motion To Strike Defendant's Counterclaim**

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 7, 2008            /s/
                                Irving L. Berg

**For Valentine & Kebartas, Inc.**
Valentine & Kebartas, Inc.
c/o Scott Sweeney
Senior Vice President of Operations
15 Union Street
Lawrence, MA 01840

PROOF OF MAILING