GEORGE G. WEICKHARDT (SBN 58586)
DEVIN C. COURTEAU (SBN 197505)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:      gweickhardt@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIA P. LAPID, | CASE NO. CV 08 2565 WHA |
| Plaintiff, | **JOINT RULE 26(f) REPORT** |
| v. | |
| CHASE BANK USA, N.A.; VALENTINE & KEBARTAS, INC.; 1 THROUGH 10, | |
| Defendants. | |

Counsel for plaintiff Gracia Lapid and defendant Chase Bank USA, N.A. have met and conferred pursuant to Federal Rule of Civil Procedure 26(f) and submit the following report.

The parties have discussed settlement but were unable to settle the case.

The parties agree that no changes should be made in the timing, form or requirement for disclosures under Rule 26(a) and agree that such disclosures shall be made no later than July 16, 2008.

Discovery should be completed by Dec 10, 2008. Defendant Chase desires to take the deposition of plaintiff in person, and plaintiff desires to take a telephone deposition of a party designated under F.R.C.P. 30(b)(6). Defendant Chase contends that Irving Berg is a material witness in this case, and may need to be deposed. Discovery should not be conducted in phases.

The parties have both agreed that all electronically-stored information will be

1  downloaded, printed out and preserved.
2      The parties agree that there are no unusual claims of privilege but have agreed to enter
3  into the protective order that is posted on the Court's website.
4      The parties do not believe any changes should be made in the limitations on discovery
5  imposed under the Federal Rules.

6  Dated: June 23, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
Attorneys for Defendant
CHASE BANK USA, N.A.

12 Dated: June 23, 2008

THE BERG LAW GROUP

By: _____
IRVING L. BERG
Attorneys for Plaintiff
GRACIA P. LAPID

RC1/5136975.1/RL3     - 2 -     RULE 26(f) REPORT