

GEORGE G. WEICKHARDT (SBN 58586)
DEVIN C. COURTEAU (SBN 197505)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        gweickhardt@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRACIA P. LAPID,

          Plaintiff,

v.

CHASE BANK USA, N.A.; VALENTINE
& KEBARTAS, INC.; 1 THROUGH 10,

          Defendants.

CASE NO.  CV 08 2565 WHA

**PROOF OF SERVICE**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5125688.1/WKI

**CASE NAME:** *Lapid v. Chase Bank USA, N.A., et al.*

**ACTION NO.:** CV 08 2565 EMC

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On June 27, 2008, I served the following documents:

**PLAINTIFF GRACIA LAPID AND DEFENDANT CHASE BANK USA, N.A.'S JOINT RULE 26(f) REPORT**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

> *Defendant Valentine & Kebartas, Inc.*
> c/o Scott Sweeney
> Senior Vice President of Operations
> Valentine & Kebartas, Inc.
> 15 Union Street
> Lawrence, Massachusetts 01840
> Tel: (800) 731-7766
> Email: Sweeney@v-k-i.net

5. I served the documents by the following means:

   a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 27, 2008                    /s/ Tyler Muntean

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco