GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendants
CHASE BANK USA, N.A. and
VALENTINE & KEBARTAS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIA P. LAPID,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; VALENTINE & KEBARTAS, INC.; 1 THROUGH 10,<br><br>    Defendants.<br><br>CHASE BANK USA, N.A.,<br><br>    Counter-claimant,<br><br>v.<br><br>GRACIA P. LAPID,<br><br>    Counter-defendant. | CASE NO. 08 CV 02565 WHA<br><br>**NOTICE OF SETTLEMENT OF ACTION** |

    We are in receipt of the Court's Order Re: Noncompliance of Court Order, dated August 7, 2008.

    **PLEASE TAKE NOTICE THAT** the parties have reached a settlement in the above-referenced matter. We will be filing a Stipulation for Dismissal with Prejudice shortly.

| | | |
|---|---|---|
| 1 | Dated: August 7, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | | By:/s/ Wendy C. Krog |
| 4 | | GEORGE G. WEICKHARDT |
| | | WENDY C. KROG |
| | | Attorneys for Defendant |
| 5 | | CHASE BANK USA, N.A. |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5164279.1/WK1                                    NOTICE OF SETTLEMENT

| | |
|---|---|
| CASE NAME: | *Lapid v. Chase Bank USA, N.A., et al.* |
| ACTION NO.: | CV 08 2565 EMC |

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On August 7, 2008, I served the following documents:

### NOTICE OF SETTLEMENT OF ACTION

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925
Tel: (415) 924-0742
Fax: (415) 891-8208
E-mail: irvberg@comcast.net

5. I served the documents by the following means:

   a. ☒ By CM/ECF electronic delivery in accordance with the registered case participants and in accordance with the procedures set forth in the Court's website at www.ecf.cand.uscourts.gov.

   b. ☐ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   c. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 7, 2008

| | |
|---|---|
| Marrie Bernstine | /s/Marrie Bernstine |
| Type Name | Signature |