1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

7                    UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10 GRACIA P. LAPID, an individual,        Case No.: C 08 - 2565 WHA

11              Plaintiff,        **STIPULATION FOR DISMISSAL
                                  WITH PREJUDICE PURSUANT TO**
   v.                            **[Rule 41(a)(1)(ii)**
12
   CHASE BANK USA, N.A.; VALENTINE &
13 KEBARTAS, INC.; DOES 1 THROUGH 10,

14 _____ Defendants. _____/

15        IT IS HEREBY STIPULATED by and between plaintiff GRACIA P. LAPID

16 ("Plaintiff") on the one hand, and Defendants  CHASE BANK USA, N.A.; VALENTINE &

17 KEBARTAS, INC., individuals (collectively, "Defendants"), on the other hand, through their

18 respective counsel of record, that the parties have reached settlement in this action and that the

19 action against Defendants and the counter-claim against Plaintiff shall be dismissed with

20 prejudice, each party to bear their own costs and attorneys' fees.

21 //

22 //

23 //

24 //

25 //

26 //

27

28

1

GRACIA P. LAPID

2

3

Dated: August 05, 2008                          _____/s_____

4                                               by:  Irving L. Berg

THE BERG LAW GROUP

5                                                    Attorney for Plaintiff

6

CHASE BANK USA, N.A.; VALENTINE &

7                                               KEBARTAS, INC

8    Dated: August 11, 2008                     _____/s_____

by: Wendy Krog

9                                                    ROPERS, MAJESTIC, KOHN & BENTLEY

Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL                       LAPID v CHASE BANK et al.
                                                CASE NO.: C 08-2565 WHA